# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODERICK L. SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-14-579-R |
| ) | |
| TOMMY SHARP, Warden, ) | |
| Oklahoma State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On August 26, 2019, the Tenth Circuit remanded this case to this Court with instructions to grant a conditional writ vacating Petitioner's death sentence and remanding to the State for a new penalty-phase proceeding. *Smith v. Sharp*, 935 F.3d 1064 (10th Cir. 2019). In accordance with the decision of the Tenth Circuit, this Court entered an order on December 18, 2019 vacating Petitioner's death sentence and directing the State of Oklahoma to hold a new sentencing proceeding. [Doc. Nos. 59, 63].

The parties are now ordered to file a Joint Status Report within fourteen (14) days of the date of this Order notifying the Court as to the status of Petitioner's resentencing.

IT IS SO ORDERED this 3rd day of November 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE